Opinion filed May 22, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed May 22, 2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00323-CR

                                           __________

 

                                           JUAN TAGLE, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 106th District Court

 

                                                          Gaines
County, Texas

 

                                                  Trial
Court Cause No. 97-2855

 



 

                                            M
E M O R A N D U M    O P I N I O N

Juan
Tagle has filed in this court a motion to dismiss his appeal.  In his motion,
appellant states that he has agreed to dismiss this appeal as part of a plea
bargain agreement in another case.  The motion is signed by both appellant and
his attorney.

The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

May 22, 2008

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.